UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Lawrence Young,

           Plaintiff,

—v—

Snowview Management Corporation,

           Defendant.

---

JAN 1 6 2020

19-cv-9246 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff filed its Complaint on October 7, 2019. Dkt. No. 1. Pursuant to Rule 4(m), Plaintiff was required to serve Defendant on or before January 6, 2019. As of this date, the Court is not in receipt of proof of service as to Defendant. Accordingly, by January 21, 2020, Plaintiff shall file proof of service on Defendant, a status update regarding service, or a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

    SO ORDERED.

Dated: January 15, 2020
          New York, New York

                                       ALISON J. NATHAN
                                       United States District Judge