USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lawrence Young,

    Plaintiff,

—v—

Snowview Management Corporation,

    Defendant.

19-cv-9246 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of Defendant's non-appearance, the initial pre-trial conference currently scheduled for March 27, 2020 is hereby adjourned *sine die*.

SO ORDERED.

Dated: March 16, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1