DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lawrence Young,

                    Plaintiff,

          –v–

Snowview Management Corporation,

                    Defendant.

19-cv-9246 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        Pursuant to the Court's order of February 28, 2020, by March 13, 2020, Plaintiff was to

seek a certificate of default and move for default judgment against Defendant, pursuant to this

Court's Individual Practices in Civil Cases, or file a status update with the Court explaining why

a motion for default judgment against Defendant should not be filed at this time.  *See* Dkt. No. 8.

As of the date of this order, the Court is not in receipt of a response from Plaintiff. Plaintiff is

hereby ordered to respond to the Court's February 28, 2020 order by April 30, 2020.  Plaintiff is

on notice that failure to do so by this date may result in his claims being dismissed with prejudice

for failure to prosecute.  *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250

(2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure

to prosecute").

        Additionally, Plaintiff must serve this order and the Court's previous orders on Defendant

and file an affidavit of service on ECF by April 23, 2020.

        SO ORDERED.

1

Dated:  April __16__, 2020
        New York, New York

_____

ALISON J. NATHAN
United States District Judge